JAMES H. RYAN and DUNCAN THOMPSON, Appellants, *v.* FRANCESCO PISTONE, Respondent.

*Ryan* v. *Pistone,* 89 Hun, 78, affirmed.
(Submitted November 22, 1898; decided December 6, 1898.)

APPEAL from an order of the late General Term of the Supreme Court in the second judicial department, entered

August 6, 1895, reversing a judgment in favor of plaintiffs entered upon a verdict, and granting a new trial.

*Ralph Hickox* for appellants.

*Raymond C. Haff* for respondent.

Order affirmed and judgment absolute ordered against the plaintiffs on the stipulation, with costs, on opinion below.
. All concur, except GRAY, J., absent.